470 A.2d 1014

Commonwealth v. Ferko, Jr., Appellant.

Submitted September 9, 1983. Joseph G. Ferko, Jr., appellant, in propria persona; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence and order affirmed.

SPAETH, President Judge, concurred in the result.